IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60287
Summary Calendar
_____

DANIEL EPHRON,

Plaintiff-Appellee,

versus

REGINALD JACKSON, Sheriff, individually and
in his official capacity; ROBERT HAWKINS,
individually and in his official capacity,

Defendants-Appellants.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 5:95:CV-19-BrN
_____
February 4, 1997
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The appellants seek relief from rulings of the district court relative to their defenses of qualified and sovereign immunity. The appeal is DISMISSED for lack of an appealable order. See Johnson v. Jones, 115 S.Ct. 2151, 2154-56 (1995); Schultea v. Wood, 47 F.3d 1427, 1433-34 (5th Cir. 1995)(en banc).

IT IS FURTHERED ORDERED that the appellee's request for sanctions against the appellants' counsel, pursuant to 28 U.S.C. § 1927, is DENIED.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

SANCTIONS DENIED; APPEAL DISMISSED.